UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


FILED
U.S. DIST COURT
MIDDLE DIST OF LA
2009 OCT 30 P 3:41
BY DEPUTY CLERK

THOMAS L. PHILLIPS (#94730)

VERSUS                                              CIVIL ACTION

BURL CAIN, ET AL                                    NUMBER 09-773-JJB-SCR

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that the plaintiff's suit be dismissed without prejudice for failure to pay the filing fee and to correct the deficiencies in the pleadings.

Baton Rouge, Louisiana, October 30th, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE